UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-16179

**Case Name** H&H Pharmaceuticals, LLC v. Chattem Chemicals, Inc., et al.

**Counsel submitting this form** Abraham G. Smith

**Represented party/parties** H&H Pharmaceuticals, LLC

*Briefly describe the dispute that gave rise to this lawsuit.*

H&H Pharmaceuticals, LLC ("H&H") owns intellectual property consisting of proprietary conversion and recovery processes for converting raw opium and concentrate of poppy straw into opiate-based raw materials by chemical extraction, and an engineering report regarding aspects of the "Conversion Methods" (collectively, the "H&H Confidential Information"). Chattem Chemicals manufactures active pharmaceutical ingredients and non-active pharmaceutical ingredients and performance chemicals used in the consumer and industrial markets. H&H provided its H&H Confidential Information to Chattem for the purposes of forming a partnership. Chattem then used the information contained in the H&H Conversion Methods to obtain DEA approval to become a bulk manufacturer of certain opiate products. A settlement agreement in 2007 prohibits Chattem from continuing to use H&H Confidential Information.

The underlying lawsuit centers on Chattem's breach of the 2007 settlement agreement by continuing to use H&H Confidential Information for profit without permission. Chattem and Sun Pharmaceuticals also fraudulently misrepresented to H&H that all provisions of the 2007 settlement agreement were being followed when in fact H&H had to discover on its own that (1) Sun Pharmaceuticals purchased Chattem and (2) Chattem and Sun Pharmaceuticals were financially benefiting by renewing Chattem's DEA registrations without independently proving that those renewals were based on independent methodology and lawfully by a third party or otherwise publicly available information, and not on H&H Confidential Information.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**            *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court dismissed or granted summary judgment on all of H&H's claims, finding that H&H failed to establish proof of damages. H&H appealed the final judgment on January 17, 2023. The district court then awarded defendants $213,515.60 in attorney's fees and $21,649.25 in costs. This second appeal follows.

H&H maintains the issues it has raised in the underlying appeal of the judgment, Case No. 23-15055. The main issues in this second appeal are:

1. Did the district court err in awarding fees and costs?
2. Were the fees and costs awarded reasonable?

If the underlying judgment is reversed, the fees and costs award must be vacated, as well.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no remaining proceedings below. The appeal from the judgment (Dkt. No. 122) is pending before this Court as Case No. 23-15055. H&H filed its opening brief on July 18, 2023. Respondents filed their answering brief on September 15, 2023. The reply is due November 6, 2023.

**Signature** s/ Abraham G. Smith  **Date** September 20, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

2